**Order filed November 17, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00729-CV
_____

## IN THE MATTER OF J.A.A., JR.

---

**On Appeal from County Court at Law No. 4**
**Fort Bend County, Texas**
**Trial Court Cause No. 20-CJV-023528**

---

## ORDER

This is an accelerated appeal from an order of a juvenile court waiving jurisdiction and transferring appellant to criminal district court signed October 2, 2020. The notice of appeal was filed October 26, 2020. The clerk's record was due within 10 days after the notice of appeal was filed. *See* Tex. R. App. P. 35.1(b). The clerk's record has not been filed.

We order the Fort Bend County Clerk to file the record in this appeal on or before **November 30, 2020**. If the record is not timely filed, the court will take appropriate action.

PER CURIAM

Panel consists of Justices Christopher, Wise, and Hassan.